PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.  Crim. No.  4:11CR00244-1

Johnny Jermaine Early

On April 15, 2016, Johnny Jermaine Early was placed on supervised release for a period of five years. Early has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_E. Campbell_
Erica Campbell
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this __6th__ day of May, 2020.

_LISA GODBEY WOOD_
LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE